No. 02–10039. PETTAWAY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–10042. VALENCIA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10045. EVANS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10046. LITTLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10050. ALONSO-FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10055. GIBSON, AKA FORNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10056. HORN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10058. MOLINA-GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10061. VALDEZ *v.* ROSENBAUM ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10064. GROOMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10066. VEGA FLEITES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10067. MURRAY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–10070. DEJESUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–10072. KELLEY *v.* ROMINE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 02–10074. DUDLEY, AKA BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10079. GOIST *v.* FEDERAL BUREAU OF PRISONS. C. A. 4th Cir. Certiorari denied.